In the Matter of Supplementary Proceedings: FAY MARBE, Judgment Creditor, Respondent, v. PRUDENCE PICTURES CORPORATION, Judgment Debtor. HARRY H. THOMAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CECELIA ORLANDO, Appellant, v. VINCENT J. ORLANDO and JANE GRILLA, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALTER READE, Respondent, v. ISAAC MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEOFFREY HARPER BONNELL, Respondent, v. SAMUEL UNGERLEIDER and Others, Defendants, Impleaded with CHARLES E. FENNER and Others, Appellants. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LIBBIE FISCHER, Appellant, Respondent, v. WILLIAM A. FISCHER, Respondent, Appellant.— Order modified by granting defendant's motion to vacate the notice of examination only as to items 6, 7 and 8, and denying said motion in all other respects, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of MONT CENIS APARTMENTS, INC., Appellant, against MORRIS FRIEDMAN, as Clerk of the Municipal Court of the City of New York, Borough of Manhattan, Seventh District, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK D. PAVEY and JAMES N. B. HILL, Respondents, v. A. PERRY OSBORN and Others, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.